UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TIMOTHY WAYNE MORRISON | )  CASE NO.  05-32821-AJM-13 |
| LISA M MORRISON | ) |
| | ) |
| | ) |
| DEBTOR. | |

**TRUSTEE'S APPLICATION FOR AUTHORITY**
**TO TURN OVER UNCLAIMED CHECK**
**TO THE CLERK OF THE BANKRUPTCY COURT**

Comes now Robert A. Brothers, trustee herein, and advises the Court as follows:

1. The whereabouts of creditor, TRUE LOGIC FINANCIAL CORP is unknown to your trustee, or said creditor is unwilling or unable to apply the dividend check to the above-mentioned debtor.

2. That your trustee desires to turn over a $699.53 dividend check now available for distribution to said creditor as well as all future dividend checks, to be held by the Clerk of the Bankruptcy Court for the benefit of said creditor as prescribed by law.

WHEREFORE, your applicant prays that the Court issue an Order directing him to turn over the available dividend check and all future checks for said creditor to the Clerk of the Bankruptcy Court.

Respectfully submitted,

DATE:  December 18, 2007         _____/s/ Robert A. Brothers_____
                                 Robert A. Brothers, Trustee
                                 151 N. Delaware St., Ste. 1400
                                 Indianapolis, IN 46204
                                 (317) 636-1062
                                 (317) 636-1186 fax

LAST KNOWN CREDITOR ADDRESS:
TRUE LOGIC FINANCIAL CORP
7100 E BELLVIEW AVE STE 308
ENGLEWOOD CO    80111-1634