UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| DOUGLAS RAY WAGLER | ) | CASE NO. 06-00326-FJO-13 |
| KELLY ANN WAGLER | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

    Pursuant to Fed.R.Bankr.P. 3011, Robert A. Brothers, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address** | **Amount** |
|---|---|---|
| TRUELOGIC FINANCIAL CORP | P.O. BOX 4238<br>ENGLEWOOD, CO  80155 | $2099.16 |
| | **TOTAL AMOUNT** | **$2099.16** |

                                                  /s/ Robert A. Brothers
                                                  Robert A. Brothers, Trustee

**(NOTE:  All checks should be mailed to the Indianapolis Clerk's Office, P.O. Box 44978, Indianapolis. IN  46244, not to the divisional offices.  Attach a copy of this notice to the check.  Only remit one check per notice regardless of whether 1 or 250**

**Claimants are listed on this notice.)**

Case 06-00326-FJO-13    Doc 100    Filed 06/17/11    EOD 06/17/11 11:49:44    Pg 2 of 2